IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC MOORE      PLAINTIFF

v.      No. 3:15-cv-63-DPM

POINSETT COUNTY, ARKANSAS      DEFENDANT

ORDER

Joint motion, № 34, granted. The complaint will be dismissed with prejudice.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 June 2016