IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ERIC MOORE                                                                PLAINTIFF

v.                              No. 3:15-cv-63-DPM

POINSETT COUNTY, ARKANSAS                                  DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

22 June 2016